■ LeRoy M. Thomas et al., Appellants-Respondents, v. State of New York, Respondent-Appellant. (Claim No. 46746.) — Judgment unanimously affirmed, without costs. Memorandum: In affirming the judgment we point out that while the State has cross-appealed it has asked that the award be affirmed. With relation to the only issue before us, we find no basis for holding the award to be inadequate. (Appeals from judgment of Court of Claims in claim for damages for permanent appropriation and easements.) Present — Del Vecchio, J. P., Marsh, Moule, Bastow and Henry, JJ.